# EXHIBIT A-1




















justinbieber



   

 Liked by **stefanstoia9** and **1,618,041 others**
**justinbieber** Credit : whoever took the photo
View all 9,545 comments

**djtayjames** Caption fire lol
**nickdemoura** Ha 🔥