| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>Joanna Ardalan (SBN 285384)<br>ONE LLP<br>9301 Wilshire Blvd., Penthouse Suite<br>Beverly Hills, CA  90210<br>Telephone: (310) 866-5157<br>Facsimile: (310) 943-2085<br>Email: jardalan@onellp.com<br>ATTORNEY(S) FOR: Backgrid USA, Inc. | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BACKGRID USA, INC., a California corporation,<br><br>                                                 Plaintiff(s),<br>v.<br>JUSTIN BIEBER, an individual; and DOES 1-10, inclusive,<br><br>                                                 Defendant(s) | CASE NUMBER:<br><br><br><br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Backgrid USA, Inc.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| Backgrid USA, Inc. | Plaintiff |
| Justin Bieber | Defendant |

| | |
|---|---|
| May 26, 2020<br>Date | /s/ Joanna Ardalan<br>Signature<br>Joanna Ardalan<br><br>Attorney of record for (or name of party appearing in pro per):<br><br>Backgrid USA, Inc. |

CV-30 (05/13)                          **NOTICE OF INTERESTED PARTIES**


American LegalNet, Inc.
www.FormsWorkFlow.com