William J. Briggs, II (SBN 144717)
  wjbriggs@venable.com
David E. Fink (SBN 169212)
  defink@venable.com
Sarah E. Diamond (SBN 281162)
  sediamond@venable.com
**VENABLE LLP**
2049 Century Park East, Suite 2300
Los Angeles, California 90067
Telephone: (310) 229-9900
Facsimile:  (310) 229-9901

*Attorneys for Defendant*
*Justin Bieber*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNI

| | |
|---|---|
| Backgrid USA, Inc., a California corporation,<br><br>            Plaintiff,<br><br>     v.<br><br>Justin Bieber, an individual; Does 1-10, inclusive,<br><br>            Defendants. | Case No. 2:20-cv-04685-JAK-SK<br><br>Honorable John A. Kronstadt<br><br>**DEFENDANT JUSTIN BIEBER'S NOTICE OF INTERESTED PARTIES (LOCAL RULE 7.1-1)**<br><br>Complaint Served:  June 23, 2020 |

**TO THE COURT AND ALL PARTIES OF RECORD:**

Pursuant to L.R. 7.1-1, the undersigned, counsel of record for Defendant Justin Bieber ("Defendant"), certifies that the following listed parties may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

| PARTY | CONNECTION/INTEREST |
|---|---|
| Backgrid USA, Inc. | Plaintiff |
| Justin Bieber | Defendant |

Dated:  August 20, 2020        VENABLE LLP

By: */s/ David E. Fink*
    David E. Fink

    William J. Briggs, II
    David E. Fink
    Sarah E. Diamond

    *Attorneys for Defendant*
    *Justin Bieber*