| | |
|---|---|
| Peter R. Afrasiabi (SBN 193336) pafrasiabi@onellp.com **ONE LLP** 4000 MacArthur Boulevard East Tower, Suite 500 Newport Beach, CA 92660 Telephone: (949) 502-2870 Facsimile: (949) 258-5081 | William J. Briggs, II (SBN 144717) wjbriggs@venable.com David E. Fink (SBN 169212) defink@venable.com Sarah E. Diamond (SBN 281162) sediamond@venable.com **VENABLE LLP** 2049 Century Park East, Suite 2300 Los Angeles, California 90067 Telephone: (310) 229-9900 Facsimile: (310) 229-9901 |
| Joanna Ardalan (SBN 285384) jardalan@onellp.com **ONE LLP** 9301 Wilshire Boulevard Penthouse Suite Beverly Hills, CA 90210 Telephone: (310) 866-5157 Facsimile: (310) 943-2085 | *Attorneys for Defendant Justin Bieber* |

*Attorneys for Plaintiff Backgrid USA, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BACKGRID USA, INC., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>JUSTIN BIEBER, an individual; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No.: 2:20-cv-04685-JAK (SKx)<br>Hon. John A. Kronstadt<br>Courtroom: 10B<br><br>**JOINT REPORT RE: SETTLEMENT** |

Pursuant to the Court's Order (Dkt Nos. 22, 23), the Court has requested that Defendant Justin Bieber ("Defendant") and Plaintiff Backgrid USA, Inc. ("Plaintiff") (collectively, the "Parties") file a Joint Report regarding the status of settlement in this action.

To date: (a) the Parties have attended mediation; (b) the Parties have agreed upon all material terms of resolution of this action; (c) the Parties have prepared a settlement agreement (the "Settlement Agreement"); and (d) the Settlement Agreement is out for signatures to be executed by the Parties.

Dated: May 3, 2021     VENABLE LLP

By: */s/ William J. Briggs, II*
William J. Briggs, II
David E. Fink
Sarah E. Diamond

*Attorneys for Defendant Justin Bieber*

Dated: May 3, 2021     ONE LLP

By: */s/ Joanna Ardalan*
Joanna Ardalan
Peter R. Afrasiabi

*Attorneys for Plaintiff Backgrid USA, Inc.*

**ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4(2)(i)**

Pursuant to Local Rule 5-4.3.4(2)(i), I, William J. Briggs, II, attest that all other signatories listed and on whose behalf the filing is submitted concur in this filing's content and have authorized this filing.

By: */s/William J. Briggs, II*
William J. Briggs, II