Peter R. Afrasiabi (Bar No. 193336)
pafrasiabi@onellp.com
**ONE LLP**
4000 MacArthur Boulevard
East Tower, Suite 500
Newport Beach, CA 92660
Telephone:  (949) 502-2870
Facsimile:   (949) 258-5081

Joanna Ardalan (Bar No. 285384)
jardalan@onellp.com
**ONE LLP**
9301 Wilshire Boulevard
Penthouse Suite
Beverly Hills, CA 90210
Telephone:  (310) 866-5157
Facsimile:   (310) 943-2085

Attorneys for Plaintiff
Backgrid USA, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BACKGRID USA, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>JUSTIN BIEBER, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-04685-JAK (SKx)<br>Hon. John A. Kronstadt<br><br>**FED. R. CIV. P. 41(A)(1)(A)(II) STIPULATION FOR DISMISSAL OF ACTION AND ALL CLAIMS WITH PREJUDICE** |

**STIPULATION FOR DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) it is stipulated by all parties that the action and all claims should be dismissed with prejudice, with the parties to bear their own costs and attorneys' fees.

Dated: June 10, 2021    **ONE LLP**

By: /s/ Joanna Ardalan
Peter R. Afrasiabi
Joanna Ardalan

Attorneys for Plaintiff
Backgrid USA, Inc.

Dated: June 10, 2021    **VENABLE LLP**

By: /s/ William J. Briggs
William J. Briggs
David E. Fink
Sarah E. Diamond

Attorneys for Defendant
Justin Bieber

### ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4(2)(i)

Pursuant to Local Rule 5-4.3.4(2)(i), I, Joanna Ardalan, attest that all other signatories listed and on whose behalf the filing is submitted concur in this filing's content and have authorized this filing.

By: /s/ Joanna Ardalan
Joanna Ardalan

2
**STIPULATION FOR DISMISSAL**